UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE C. STALEY, individually and on behalf of all other similarly situated )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILSON COUNTY, TERRY ASHE, JAMES SMITH, KIM ROBERTS, STEVE EVERETT, JAMES CHRISTENSEN, EDMOND JONES, CITY OF MT. JULIET, BONNIE HARRIS, KEVIN MACK, )<br>)<br>Defendants. ) | Case No. 3:04-1127<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Class Certification filed by the plaintiff (Docket No. 28) is **GRANTED**.

It is so ordered.

Enter this 18th day of August 2006.

ALETA A. TRAUGER
United States District Judge