UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE C. STALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:04-1127 |
| | ) Judge Trauger/Knowles |
| WILSON COUNTY, et al., | ) **Jury Demand** |
| | ) |
| Defendants. | ) |

**O R D E R**

A settlement conference was held on December 8, 2006, before the undersigned Magistrate Judge and Mr. David Raybin concerning Counts II and IX of the First Amended Complaint. The parties negotiated in good faith and at the conclusion of the conference reached a compromise settlement that they agreed to present to the District Judge for approval pursuant to Rule 23(e), Federal Rules of Civil Procedure.

The Clerk is hereby **directed** to mail a copy of this order to Mr. David Raybin and to return the file to the District Judge.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge