IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE C. STALEY, individually and on behalf of all others similarly situated | ) ) ) ) |
| v. | ) No. 3-04-1127 ) ) |
| WILSON COUNTY; TERRY ASHE; JAMES SMITH; KIM ROBERTS; STEVE EVERETT; JAMES CHRISTENSEN; EDMOND JONES;[1] CITY OF MT. JULIET; BONNIE HARRIS; and KEVIN MACK | ) ) ) ) ) ) ) |

O R D E R

On June 5, 2006, the plaintiff and defendants City of Mt. Juliet, Bonnie Harris, and Kevin Mack filed a stipulation of dismissal (Docket Entry No. 27).

In accord with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court was required. Therefore, the claims against defendants City of Mt. Juliet, Bonnie Harris, and Kevin Mack are DISMISSED with prejudice and the Clerk is directed to terminate those defendants.

By order entered October 30, 2006 (Docket Entry No. 55), this case was referred to the undersigned to conduct a mediation on Counts I, III, IV and V of the first amended complaint. Pursuant to the order entered November 6, 2006 (Docket Entry No. 56), a settlement conference was

---

[1] The record in this case does not reflect that Kim Roberts or Edmond Jones have been served with process, nor have they entered appearances in this case. It appears that they are subject to dismissal in accord with Rule 4(m) of the Federal Rules of Civil Procedure.

held on November 30, 2006, at which time the parties were able to reach a settlement on those claims.[2]

By no later than December 31, 2006, the parties shall submit an agreed order of dismissal of the plaintiff's claims on Counts I, III, IV and V.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the undersigned in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[2] By order entered September 15, 2006 (Docket Entry No. 46), Counts II and IX were referred to Magistrate Judge Bryant to conduct a mediation, and, in accord with the orders entered September 27, 2006, and November 13, 2006 (Docket Entry Nos. 52 and 58), a settlement conference was held before Judge Bryant on December 8, 2006, at the conclusion of which a settlement was reached on those claims.