UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STEPHANIE C. STALEY | ) | |
| | ) | CASE NO. 3:04-1127 |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| WILSON COUNTY, et al | ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signature of counsel for the parties below, that Plaintiff Stephanie C. Staley and Defendants Wilson County, Tennessee, Terry Ashe, James Smith, Kim Roberts, Steve Everett, James Christensen, and Edmond Jones in their Individual and Official Capacities have reached a compromise and settlement of this cause, and that all claims of Plaintiff against Defendants as set forth in Counts I, III, IV and V of the Plaintiff's First Amended Complaint should therefore be dismissed with prejudice. It is, therefore,

ORDERED that all claims of Plaintiff against Defendants as set forth in Counts I, III, IV and V are hereby DISMISSED with prejudice..

It is so **ORDERED.**

ENTER this  2nd  day of January 2007.

                                              **Hon. Aleta A. Trauger**
                                              U. S. District Judge

1