# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **STEPHANIE C. STALEY**, individually and on behalf of all others similarly situated,<br>    Plaintiff | Case No. 3:04-1127 |
| vs | Hon. Aleta Trauger |
| **WILSON COUNTY, TERRY ASHE, JAMES SMITH, KIM ROBERTS, STEVE EVERETT, JAMES CHRISTENSEN, EDMOND JONES, CITY OF MT. JULIET, BONNIE HARRIS, KEVIN MACK,**<br>    Defendants | JURY DEMAND |

## AGREED ORDER OF DISMISSAL AS TO COUNT VI OF FIRST AMENDED COMPLAINT

It appearing to the Court, as evidenced by the signature of counsel for the parties below, that Plaintiff Stephanie C. Staley and Defendants Wilson County, Tennessee, Terry Ashe, James Smith, Kim Roberts, Steve Everett, James Christensen, and Edmond Jones in their Individual and Official Capacities have reached a compromise and settlement of this cause, and that all claims of Plaintiff against Defendants as set forth in Count VI of the Plaintiff's First Amended Complaint should therefore be dismissed with prejudice.

It is, therefore, ORDERED that all claims of Plaintiff against Defendants as set forth in **Count VI** is hereby DISMISSED with prejudice.

It is so ORDERED.

_____
Aleta A. Trauger
U. S. District Judge

1