I Betty A. Marrs residing in Wilson County 103 Gordon Drive Lebanon Tennessee 37087 do wish to make known my opposition to the proposed settlement in reference to CASE No 3:04-1127 Stephanie C Staley v Wilson County and it is also my intent and desire to be heard orally regarding this case by appearing in person at the time appointed necessary to do so.

Thank you
Betty A. Marrs 4-6-07
103 Gordon Drive
Lebanon Tn 37087
Please contact me by mail

FILED
2007 APR -9 AM 10:31
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN