IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE C. STALEY, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILSON COUNTY, TERRY ASHE, JAMES SMITH, KIM ROBERTS, STEVE EVERETT, JAMES CHRISTENSEN, and EDMOND JONES, )<br>)<br>Defendants. ) | Civil No. 3:04-1127<br>Judge Trauger |

**O R D E R**

Pursuant to the Order entered April 18, 2007 (Docket No. 71), both objectors having failed to timely file detailed objections, it is hereby **ORDERED** that the objections to the settlement filed by Betty A. Marrs (Docket No. 68) and by Tony J. Stacey (Docket No. 69) are **OVERRULED**. Neither of these two objectors will be allowed to address the court at the Fairness Hearing scheduled for June 18, 2007.

It is so **ORDERED.**

ENTER this 14th day of May 2007.

_____
ALETA A. TRAUGER
U.S. District Judge